CLARK HILL, PLLC
JEREMY THOMPSON, ESQ.
Nevada Bar No. 12503
E-mail: jthompson@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 697-7527
Fax: (702) 862-8400
*Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK A. SMITHERMAN<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND PLUSFOUR, INC.<br><br>Defendants. | Case No. 2:20-cv-00579-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6.1, Plaintiff MARK A. SMITHERMAN and Defendant EQUIFAX INFORMATION SERVICES LLC, ("Equifax") by and through their respective counsel hereby stipulate as follows:

1. On March 24, 2020, Plaintiff filed a Complaint against Defendant, Equifax, in the United States District Court, District of Nevada, titled *Mark A. Smitherman v Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, and PlusFour, Inc.*; Case No. 2:20-cv-579.

2. Equifax was served via process server on its registered agent, CSC, on March 30, 2020. Defendant, Equifax, acknowledged receipt of service.

3. Defendant Equifax's deadline to answer is April 20, 2020.

4. The World Health Organization recently designated the COVID-19 virus as a global pandemic; multiple federal courts have canceled trials and hearings; and state and local governments are taking precautionary measures to prevent the spread of the virus. Although the situation is still developing,

1

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

ClarkHill\95782\337215\223756766.v1-4/20/20
ClarkHill\95782\337215\223758628.v1-4/20/20

all parties have already been affected by this crisis. For example, in Georgia - where Equifax is based and where lead counsel for Equifax live and work - the governor has declared the first-ever public health state of emergency in the state. As a result, both Equifax and its law firm, Seyfarth Shaw LLP, have implemented remote work policies to combat the spread of this novel virus.

5. In light of the COVID-19 pandemic and office closings, Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, Equifax respectfully requests an initial extension of the deadline to respond to Plaintiff's Complaint, up to and including, May 11, 2020.

6. This motion is made in good faith, not for the purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its response. This is Defendant Equifax's first request for an extension of time.

7. On April 9, 2020, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension. Plaintiff's counsel had no objection and provided his assent to the requested extension.

NOW THEREFORE, the Parties hereby stipulate and agree to a sixty-day extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including May 11, 2020.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

*<u>No Opposition</u>*

DATED: April 20, 2020                                              PRICE LAW GROUP

By: //s// Steven A. Alpert
Steven A. Alpert, Esq.
Nevada Bar No.: 8353
5940 S. Rainbow Blvd., Ste. 3014
Las Vegas, NV 89118
Tel: (702) 794-2008
E-Mail: alpert@pricelawgroup.com
*Attorney for Plaintiff*
MARK A. SMITHERMAN

2

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC
TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

| | |
|---|---|
| DATED: April 20, 2020 | CLARK HILL, PLLC |
| | By: //s// Jeremy J. Thompson |
| | JEREMY J. THOMPSON, Esq. |
| | Nevada Bar No.: 12503 |
| | 3800 Howard Hughes Parkway, Suite 500 |
| | Las Vegas, Nevada 89169 |
| | Tel: (702) 697-7527 |
| | E-mail: jthompson@clarkhill.com |
| | *Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC* |

**ORDER**

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: April 24, 2020

---

3

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC
TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

ClarkHill\95782\337215\223756766.v1-4/20/20
ClarkHill\95782\337215\223758628.v1-4/20/20