**SHUMWAY VAN**
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone:  (702) 478-7770
Facsimile:   (702) 478-7779
Email: garrett@shumwayvan.com
*Attorneys for PlusFour, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK A. SMITHERMAN,<br><br>                        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SERVICES, INC. EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and PLUSFOUR, INC.<br><br>                        Defendants. | Case No.: 2:20-cv-00579-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PLUSFOUR INC. TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, MARK A. SMITHERMAN ("Plaintiff") and Defendant PLUSFOUR, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On March 24, 2020, Plaintiff filed his Complaint. Defendant, PLUSFOUR, INC, in the United States District Court, District of Nevada, titled *Mark A. Smitherman v. Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, and PlusFour, Inc.,* Case No. 2:20-cv-00579-JCM-DJA.

2. PlusFour, Inc. was served the Plaintiff's Complaint on March 31, 2019 through a registered agent and acknowledged receipt of service.

3. Defendant PlusFour's deadline to answer was April 20, 2020.

4. Based on Governor Sisolak's declaration of a public health state of emergency in Nevada as a result of COVID-19, and the accompanying directive for non-essential businesses to shut down, PlusFour, Inc. has suspended operations.

5. In light of the COVID-19 pandemic and office closings, PlusFour, Inc. and its counsel

1 require additional time to investigate and respond to the allegations and claims made by Plaintiff. 2 Accordingly, the parties agree to grant PlusFour, Inc. an initial extension of the deadline to respond 3 to Plaintiff's Complaint to May 19, 2020.

4      6. This Stipulation is made in good faith, not for the purposes of delay, and granting it will 5 not prejudice any party. This extension of time will allow PlusFour, Inc. time to investigate the 6 allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its 7 response. This is Defendant PlusFour's first request for an extension of time.

8      7. On April 27, 2020, PlusFour, Inc.'s counsel conferred with Plaintiff's counsel regarding 9 the basis for this request and its need for an extension. Plaintiff's counsel had no objections and 10 approved a 21-day extension in response to the request.

11 …
12 …
13 …
14 …
15 …
16 …
17 …
18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28 …

WHEREAS, the parties hereby stipulate and agree, pursuant to LR IA 6-2, , that Defendant PlusFour's time to answer, move or otherwise respond to Plaintiff's Complaint in this action is extended through and including **May 19, 2020.**

| Dated this 5th day of May 2020 | Dated this 5th day of May 2020 |
|---|---|
| **SHUMWAY VAN** | **PRICE LAW GROUP** |
| By:  /s/ Garrett R. Chase<br>Garrett R. Chase, Esq.<br>Nevada Bar No. 14498<br>8985 S. Eastern Avenue<br>Suite 100<br>Las Vegas, Nevada 89123<br>Phone: (702) 478-7770<br>Email: garret@shumwayvan.com<br>*Attorneys for Defendant*<br>*PlusFour, Inc.* | By:  /s/  Steven A.  Alpert<br>Steven A. Alpert, Esq.<br>Nevada Bar No. 8353<br>5940 S. Rainbow Blvd.<br>Suite 3014<br>Las Vegas, Nevada 89118<br>Phone: (702) 794-2008<br>Email: alpert@pricelawgroup.com<br>*Attorneys for Plaintiff*<br>*Mark A. Smitherman.* |
| Dated this 29th day of April 2020 | Dated this 29th day of April 2020 |
| **CLARK HILL PLLC** | **NAYLOR & BRASTER** |
| By:  /s/ Jeremy J. Thompson<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, Nevada 89169<br>Phone: (702) 862-8300<br>Email: jthompson@clarkhill.com<br>*Attorneys for Defendant*<br>*Equifax Information Services, LLC* | By:  /s/  Jennifer L. Braster<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>1050 Indigo Drive<br>Suite 200<br>Las Vegas, Nevada 89145<br>Phone(702) 420-7000<br>Email: jbraster@naylorandbrasterlaw.com<br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc* |

## ORDER

**IT IS SO ORDERED.**

DATED this 6th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**SHUMWAY VAN**

By:  /s/ Garrett R. Chase
Garrett R. Chase, Esq.
Nevada Bar No. 14498
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Phone: (702) 478-7770
Email: garret@shumwayvan.com
*Attorneys for Defendant*
*PlusFour, Inc.*