1  **Price Law Group, APC**
2  5940 S. Rainbow Blvd., Suite 3014
   Las Vegas Nevada, 89118
3  Phone: 702-794-2008
4  alpert@pricelawgroup.com

5  Steven A. Alpert, NV Bar #8353
   *Attorneys for Plaintiff,*
6  *Mark Smitherman*

7
                   UNITED STATES DISTRICT COURT
8                       DISTRICT OF NEVADA
9

10 | MARK SMITHERMAN,                              | Case No.: 2:20-cv-00579-JCM-DJA
11 |           Plaintiff,                          |
12 |     v.                                        | **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**
13 | EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND PLUSFOUR, INC. |
17 |           Defendants.                         |

        Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mark Smitherman and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that all claims against Equifax, shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

//
//
//

- 1 -
STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

                    RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: October 28, 2020

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mark Smitherman*

**CLARK HILL, PLLC**

*/s/ Jeremy J. Thompson*
JEREMY J. THOMPSON, ESQ.
Nevada Bar No. 12503
3800 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 2, 2020 _____

## CERTIFICATE OF SERVICE

 I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Diego Sanchez*