**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Mark Smitherman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK SMITHERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, SYNCHRONY BANK, AND PORTFOLIO RECOVERY ASSOCIATES, LLC.<br><br>　　　　Defendants. | Case No.: 2:20-cv-00579-JCM-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC** |

　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mark Smitherman and Defendant Experian Information Solutions, Inc.("Experian"), by and through undersigned counsel, hereby stipulate that all claims against Experian, shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

//

//

//

|  |  |
|---|---|
| 1 | RESPECTFULLY SUBMITTED, |
| 2 | **PRICE LAW GROUP, APC** |

DATED: October 29, 2020

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mark Smitherman*

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 13, 2020 _____

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Diego Sanchez*