1  **JENNIFER BERGH**
   jbergh@qslwm.com
2  Nevada Bar No. 14480
   **QUILLING SELANDER LOWNDS**
3  **WINSLETT & MOSER, P.C.**
4  6900 N. Dallas Parkway, Suite 800
   Plano, Texas 75024
5  (214) 560-5460
   (214) 871-2111 Fax
6  **Counsel for Trans Union LLC**

7  **Designated Attorney for Personal Service**
   Trevor Waite, Esq.
8  Nevada Bar No.: 13779
   6605 Grand Montecito Parkway, Suite 200
9  Las Vegas, NV 89149

10

11           IN THE UNITED STATES DISTRICT COURT

12                FOR THE DISTRICT OF NEVADA

13  MARK A. SMITHERMAN,                    | Case No. 2:20-cv-00579-JCM-DJA

              Plaintiff,

14  v.

15  EXPERIAN INFORMATION SOLUTIONS,        | **JOINT MOTION AND ORDER OF**
    INC. EQUIFAX INFORMATION               | **DISMISSAL WITH PREJUDICE AS**
16  SERVICES, LLC, TRANS UNION, LLC,       | **TO DEFENDANT TRANS UNION, LLC**
    and PLUSFOUR, INC.,
17
18           Defendants.

19       Plaintiff Mark A. Smitherman, and Defendant Trans Union LLC file this Joint Motion

20  and Order of Dismissal with Prejudice and in support thereof would respectfully show the court

21  as follows:

22       There are no longer any issues in this matter between Mark A. Smitherman and Trans

23  Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that

24  all claims and causes of action that were or could have been asserted against Trans Union LLC are

25  hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party

26  incurring same.

27
    Dated this 9th day of October 2020.
28

3624293.1

| | |
|---|---|
| */s/ Jennifer Bergh* | */s/ Tarek N. Chami* |
| Jennifer Bergh | Steven A. Alpert |
| jbergh@qslwm.com | alpert@pricelawgroup.com |
| Nevada Bar No. 14480 | Price Law Group, APC |
| Quilling Selander Lownds | 5940 S Rainbow Blvd, Suite 3014 |
| Winslett & Moser, P.C. | Las Vegas, NV 89118 |
| 6900 N. Dallas Parkway, Suite 800 | (702) 794-2008 |
| Plano, Texas 75024 | (866) 401-1457 Fax |
| (214) 560-5460 | and |
| (214) 871-2111 Fax | Tarek N. Chami |
| **Counsel for Trans Union LLC** | tarek@pricelawgroup.com |
| | Price Law Group, APC |
| | 22000 Michigan Avenue, Suite 200 |
| | Dearborn, MI 48124 |
| | (313) 444-5029 |
| | **Counsel for Plaintiff** |

**IT IS SO ORDERED** January 13, 2021.

_____
**HONORABLE JAMES C. MAHAN**
UNITED STATE DISTRICT JUDGE

3624293.1

1