# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mark A. Smitherman,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Experian Information Solutions, Inc., et al,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00579-JCM-DJA<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's motion for leave to appear telephonically at June 8, 2023 settlement conference (ECF No. 69), filed on May 25, 2023. Plaintiff requests that the Court allow him and his counsel to appear telephonically. Plaintiff indicates his counsel, Michael Yancey, has a previously-set mediation in another matter for which he must physically appear. But it is unclear to the Court how Mr. Yancey would be able to participate telephonically in this settlement conference if he is simultaneously engaging in another. Plaintiff further indicates that his counsel Tarek Chami is located in Michigan and that Plaintiff has relocated to Alabama. After review, the Court finds that Plaintiff has not demonstrated good cause for the requested relief and will therefore deny Plaintiff's motion requesting to participate by telephone.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Plaintiff's motion for leave to appear telephonically (ECF No. 69) is DENIED.

　　　DATED: June 1, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE