Michael Yancy III, NV # 16158
Consumer Attorneys PLC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Tarek N. Chami – (MI# P76407)
Admitted Pro Hac Vice Only
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
Phone: 313-444-5029
tarek@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mark Smitherman*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK A. SMITHERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND PLUSFOUR, INC.<br><br>    Defendants. | **Case No.: 2:20-cv-00579-JCM-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTIONS IN LIMINE** |

Plaintiff Mark Smitherman ("Plaintiff") and Defendant PlusFour, Inc. ("Defendant", collectively the "Parties") hereby stipulate, through their respective undersigned counsel, to extend Plaintiff's time to respond to Defendant's Motions

- 1 -

in Limine (see Doc. 75, 76, 77 and 78) through September 29, 2023. Additionally, the Parties stipulate that they shall have until September 15, 2023 to file any additional motions in limine they deem appropriate.

//

RESPECTFULLY SUBMITTED THIS 6TH DAY OF JULY 2023,

| CONSUMER ATTORNEYS, PLC | VC2 LAW |
|---|---|
| By:/s/Tarek N. Chami<br>Tarek N. Chami – (MI# P76407)<br>Admitted Pro Hac Vice Only<br>22000 Michigan Ave, Suite 200<br>Dearborn, MI 48124<br>Phone: 313-444-5029<br>tarek@pricelawgroup.com<br><br>Michael Yancy III, NV # 16158<br>Consumer Attorneys PLC<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas Nevada, 89118<br>Phone: 702-794-2008<br>alpert@pricelawgroup.com<br>*Attorneys for Plaintiff*<br>*Mark Smitherman* | By:/s/ Garrett R. Chase<br>Garrett R. Chase, Esq.<br>Nevada Bar No. 14498<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, Nevada, 89123<br>Telephone: (702) 478-7770<br>Facsimile: (702) 478-7779<br>garrett@vc2law.com<br>*Attorneys for Defendant*<br>*PlusFour, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2023