Michael Yancy III, NV # 16158
Consumer Attorneys PLC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Tarek N. Chami – (MI# P76407)
Consumer Attorneys
Admitted Pro Hac Vice Only
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
Phone: 313-444-5029
tarek@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mark Smitherman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK A. SMITHERMAN, | Case No.: 2:20-cv-00579-JCM-DJA |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND PLUSFOUR, INC. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mark A. Smitherman and Defendant PlusFour, Inc. ("PlusFour"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses

asserted therein be dismissed with prejudice as to Defendant PlusFour, Inc. The parties have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement.

IT IS SO ORDERED September 22, 2023.

_____
Honorable James C. Mahan
United States District Judge

RESPECTFULLY SUBMITTED this 20th day of September 2023.

**CONSUMER ATTORNEYS**

By: */s/Tarek N. Chami*
Tarek N. Chami – (MI# P76407)
Admitted Pro Hac Vice Only
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
Phone: 313-444-5029
tarek@pricelawgroup.com

Michael Yancy III, NV # 16158
Consumer Attorneys PLC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mark Smitherman*

**CARLSON & MESSER LLP**

By: */s/ Michael P. Lavigne*
Michael P. Lavigne
Counsel Admitted Pro Hac Vice
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
T: (310) 242-2214
*Attorneys for Defendant*
*PlusFour, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

*/s/ Tarek Chami*